IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GUIDEONE LLOYDS INSURANCE COMPANY, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. |
| VS. § § | 4:11-cv-00010-Y |
| HOUSE OF YAHWEH, YISRAYL HAWKINS a/k/a BUFFALO BILL HAWKINS, Individually and d/b/a HOUSE OF YAHWEH, and YEDIDIYAH KOHANIMYAH HAWKINS a/k/a CHRISTOPHER JANDRISEVITS, § § § § § § § | |
| Defendants. § | |

APPENDIX TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
FOR DECLARATORY RELIEF AGAINST ALL DEFENDANTS

| EXHIBIT | BATES NUMBERS | DESCRIPTION |
|---|---|---|
| A | 001 – 131 | Certified Copy of GuideOne Lloyds Insurance Company's Policy No. 1161-864 issued to House of Yahweh |
| B | 132 – 136 | Certified Copy of Underlying Petition |
| C | 137 – 142 | Plaintiff's Complaint For Declaratory Judgment |
| D | 143 – 144 | Return of Summons showing service on Yedidiyah Kohanimyah Hawkins a/k/a Christopher Jandrisevits on January 28, 2011 |
| E | 145 – 146 | Return of Summons showing service on Yisrayl Hawkins a/k/a Buffalo Bill Hawkins, a/k/a William Hawkins, a/k/a House of Yahweh on February 7, 2011 |

**APPENDIX TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS - Page 1**

| F | 147 – 148 | Return of Summons showing service on House of Yahweh on February 7, 2011 |
|---|---|---|
| G | 149 – 151 | Letter notifying Defendants of GuideOne's intent to take default |
| H | 152 – 153 | News article discussing Defendant Yedidiyah Hawkins' conviction for sexual assault of a minor |
| I | 154 – 155 | News article discussing Defendant Yedidiyah Hawkins' sentence of 30 years in prison for sexual assault of a minor and denial of his motion for new trial |
| J | 156 | A print out from search engine of the Texas Department of Criminal Justice showing that Yedidiyah Hawkins is an inmate at T.D.C.J. Dalhart |
| K | 157 – 159 | Affidavit of Benjamin E. Motal |

**PRUESSNER & ALEXANDER**

*/s/ David M. Pruessner*
**DAVID M. PRUESSNER**
State Bar No. 16364500
**JES ALEXANDER**
State Bar No. 24040404
13155 Noel Road, Suite 1025
Dallas, Texas 75240
(972) 991-6700
(972) 991-6710 [Fax]
david@prulaw.com
jes@prulaw.com
**ATTORNEYS FOR PLAINTIFF
GUIDEONE LLOYDS INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

As none of the Defendants have appeared in this action, Plaintiff is not required to serve them with a copy of this pleading as it does not assert a new claim for relief. *See* F.R.C.P.(5)(a)(2).

*/s/ David M. Pruessner*
**DAVID M. PRUESSNER**

**APPENDIX TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS - Page 2**