Cause No. _19,487_

| | | |
|---|---|---|
| STACEY EDGAR, as Next Friend | § | IN THE DISTRICT COURT |
| for A.H., a Minor | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | CALLAHAN COUNTY, TEXAS |
| | § | |
| YISRAYL HAWKINS a/k/a | § | |
| BUFFALO BILL HAWKINS, Individually | § | |
| and d/b/a HOUSE OF YAHWEH; | § | |
| PARTY DOING BUSINESS AS | § | |
| HOUSE OF YAHWEH; and | § | |
| YEDIDIYAH KOHANIMYAH HAWKINS | § | |
| a/k/a CHRISTOPHER JANDRISEVITS, | § | |
|     Defendants | § | _42ND_ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW STACEY EDGAR, as Next Friend for A.H., a Minor, Plaintiff in the above styled and numbered cause, complaining of YISRAYL HAWKINS a/k/a BUFFALO BILL HAWKINS, Individually and d/b/a HOUSE OF YAHWEH; PARTY DOING BUSINESS AS HOUSE OF YAHWEH and YEDIDIYAH KOHANIMYAH HAWKINS a/k/a CHRISTOPHER JANDRISEVITS, Defendants herein, and for cause of action respectfully shows as follows:

### DISCOVERY CONTROL PLAN

1.    Plaintiff intends to conduct discovery under a Level 3 discovery control plan.

### FACTS

2.    The minor child A.H. was assaulted and sexually assaulted by the Defendant Yedidiyah Kohanimyah Hawkins a/k/a Christopher Jandrisevits both in his home with Stacey Edgar and in the home of his other wife Rachel Hawkins, both located on Defendant House of Yahweh property.

**132**



EXHIBIT
B



True and correct copy of Original filed In Office of District Clerk 42nd District Court Callahan Co. Texas

## PARTIES

3.      Plaintiff is a citizen and resident of Harris County, Texas.

4.      Defendant Yisrayl Hawkins a/k/a Buffalo Bill Hawkins, Individually and d/b/a House of Yahweh is a citizen and resident of Taylor County and may be personally served at his primary residence located at 817 Formosa Street, Lot 18, Abilene, TX 79602, or wherever he may be found.

5.      Defendant Yedidiyah Kohanimyah Hawkins a/k/a Christopher Jandrisevits is an inmate with the Texas Department of Criminal Justice and may be personally served at the Dalhart Unit - (SID #08076379 and TDJD #01544261), 11950 FM 998, Dalhart, TX 79022, or wherever he may be found.

6.      Defendant Party doing Business as House of Yahweh is an isolated religious cult, and may be served by and through its designated leader Defendant Yisrayl Hawkins a/k/a Buffalo Bill Hawkins at his primary residence located at 817 Formosa Street, Lot 18, Abilene, TX 79602, or wherever he may be found.

## JURISDICTION

7.      This Court has personal jurisdiction over the Defendants because the Defendants are residents of this state.

8.      This Court has subject matter jurisdiction over this controversy because the damages sought are within the jurisdictional limits of the District Courts of Callahan County, Texas.

## Background

9.      Defendant, Yedidiyah Kohanimyah Hawkins a/k/a Christopher Jandrisevits , (hereinafter referred to as Yedidiyah Hawkins) began engaging in inappropriate sexual behavior with the minor Plaintiff when she was approximately 6 years old and said inappropriate behavior continued until

PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE                    **133**                    PAGE 2



True and correct copy of Original filed in Office of District Clerk 42nd District Court Callahan Co. Texas

she was 14 years of age.  The inappropriate sexual behavior by Defendant Yedidiyah Hawkins took place both in his home with Stacey Edgar and in the home of his other wife Rachel Hawkins, both located on Defendant House of Yahweh property

## CAUSES OF ACTION

10.    Defendants knowingly, intentionally, recklessly, and negligently engaged in conduct violative of Section 22.021 of the Texas Penal Code (Aggravated Sexual Assault of a Child), and said violation caused injury to the Plaintiffs.

11.    Defendants intentionally or knowingly caused physical contact with A.H. when he knew or should reasonably have believed that A.H. would regard the contact as offensive or provocative.

12.    Defendants engaged in a course of conduct that was so outrageous in character or extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized community.  Defendants knew or had reason to know of facts that created a high degree of risk that his conduct would cause emotional distress to A.H. yet proceeded in conscious disregard of, or indifference to, that risk.  The conduct proximately caused A.H. to suffer emotional distress and that emotional distress was severe.  Defendants inflicted emotional distress upon A.H. in a manner so unusual that she has no other recognized means of redress.

## REQUESTS FOR DISCLOSURE

13.    Pursuant to Rule 194, TEXAS RULES OF CIVIL PROCEDURE, Defendants are requested to disclose to Plaintiff, within fifty (50) days of service of this request, the information or material described in Rule 194.2(a) through (l) to be produced at the office of Noteboom –The Law Firm, 669 Airport Freeway, Suite 100, Hurst, Texas 76053.

**134**



True and correct copy of
Original filed in Office of
District Clerk 42nd District
Court Callahan Co. Texas

## EXEMPLARY DAMAGES

14.    The harm for which the Plaintiff demands compensation resulted from malice, an intentional

act, or gross negligence, and the Plaintiff seeks exemplary damages.

## DAMAGES

15.    As a result of the Defendants' actions, Plaintiff, has or will sustain the following damages:

    a.    Medical, counseling, psychological and therapeutic expenses in the past and in the future;

    b.    Pain, physical suffering, emotional distress, both in the past and in the future; and,

    c.    Mental anguish and emotional distress, both in the past and in the future.

## RELIEF SOUGHT

16.    Plaintiff requests that Defendants be cited to appear and answer, and that this case be tried

after which Plaintiff receive:

    a)    Judgment against Defendants for a sum within the jurisdictional limits of this Court for the damages indicated above;

    b)    Exemplary damages;

    c)    Pre-judgment interest at the maximum amount allowed by law;

    d)    Post-judgment interest at the maximum rate allowed by law;

    e)    Costs of suit; and

    f)    Such other and further relief to which Plaintiffs may be justly entitled.



True and correct copy of Original filed in Office of District Clerk 42nd District Court Callahan Co. Texas

PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE                    PAGE 4

Respectfully submitted,

Charles M. Noteboom
State Bar No. 15116875
Brian W. Butcher
State Bar No. 24029928

NOTEBOOM-THE LAW FIRM
669 Airport Freeway, Suite 100
Hurst, TX 76053
817.282.9700
817.282.8073 Fax
chuck@noteboom.com
butcher@noteboom.com



STATE OF TEXAS
COUNTY OF CALLAHAN
CERTIFIED TO BE A TRUE AND CORRECT COPY
Of the Original in My Custody Vol.____ Page____
Dated_____ A.D._____
Sharon Owens
District Clerk, 42nd District Court
Callahan County, Texas
By:_____

PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE                    PAGE 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **GUIDEONE INSURANCE COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **VS.** | § | |
| | § | _____ |
| **HOUSE OF YAHWEH,** | § | |
| **YISRAYL HAWKINS a/k/a** | § | |
| **BUFFALO BILL HAWKINS, Individually** | § | |
| **and d/b/a HOUSE OF YAHWEH, and** | § | |
| **YEDIDIYAH KOHANIMYAH HAWKINS** | § | |
| **a/k/a CHRISTOPHER JANDRISEVITS,** | § | |
| | § | |
| **Defendants.** | § | |

### PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, GuideOne Insurance Company (hereinafter "GuideOne"), brings this suit for declaratory relief against House of Yahweh, Yisrayl Hawkins a/k/a Buffalo Bill Hawkins, Individually and d/b/a House of Yahweh, and Yedidiyah Kohanimyah Hawkins a/k/a Christopher Jandrisevits (hereinafter collectively referred to as the "Yahweh Defendants"), and would show the Court the following:

### NATURE OF THE SUIT

1.      This is a declaratory judgment action, based on diversity jurisdiction, whereby GuideOne Insurance Company seeks a declaration of legal rights concerning liability insurance policies issued to the House of Yahweh and whether they protect the Yahweh Defendants from sexual abuse claims. The House of Yahweh follows the teachings of its Prophet, now called Yisrayl Hawkins, who operates a compound where his disciples live. The mother of A.H., a minor, who

PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF - Page 1



allegedly suffered sexual abuse from the age of 6 through the age 14, claims that the Yahweh Defendants committed the sexual abuse on the premises located within the compound operated by the House of Yahweh. This declaratory judgment action seeks a determination of whether these sexual abuse claims come within the insurance coverage provided by GuideOne?

## JURISDICTION AND SERVICE OF PROCESS

2.      This Court has jurisdiction pursuant to diversity jurisdiction, 28 U.S.C. §1332, for civil actions between citizens of different states.

3.      GuideOne Insurance Company is a corporation, incorporated under the laws of the State of Iowa, with its principal place of business at 1111 Ashworth Road, West Des Moines, Iowa 50265. Therefore, it is a citizen of the State of Iowa.

4.      Defendant House of Yahweh (the insured) is a Texas Nonprofit Corporation, with its principal place of business at 1025 T & P Lane, Abilene, Texas 79602. It is a citizen of Texas. It may be served with process by serving its Agent and Prophet, Yisrayl Hawkins at 817 Formosa Street, Lot 18, Abilene, Texas 79602 and/or 1025 T & P Lane, Abilene, Texas 79602, or wherever he may be found.

5.      Defendant Yisrayl Hawkins a/k/a Buffalo Bill Hawkins a/k/a William Hawkins, is a citizen of the State of Texas and may be served with process at 817 Formosa Street, Lot 18, Abilene, Texas 79602 and/or 1025 T & P Lane, Abilene, Texas 79602, or wherever he may be found.

6.      Defendant Yedidiyah Kohanimyah Hawkins a/k/a Christopher Jandrisevits is a citizen of the State of Texas and may be served with process at Dalhart Unit - SID #08076379 and TDJD #01544261, 11950 FM 998, Dalhart, Texas 79022 or at his home at 3772 FM 603, Clyde, Texas 79510, or wherever he may be found.

PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF - Page 2

138

7.     The amount in controversy in this case is in excess of $75,000, exclusive of interest

and costs.  Specifically, GuideOne Insurance Company seeks a declaration regarding the duty to

defend, and/or indemnify, the Yahweh Defendants concerning the Underlying Sexual Abuse Suit

filed by the mother Stacey Edgar, who claims that A.H., a minor, was sexually molested by the

Yahweh Defendants over a nine year period.

## VENUE

8.     Venue for this case is proper in the Northern District of Texas, Fort Worth Division

because the policy was issued from GuideOne's offices in Arlington, Texas.  The insured, House of

Yahweh, is located in Abilene, Texas.  Based on information and belief, all Defendants reside within

the Northern District of Texas.  The facts relevant to this claim all occurred near Abilene, Texas.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

9.     The House of Yahweh is a church formed by ex-Abilene police officer Bill Hawkins,

a/k/a Buffalo Bill Hawkins, and now called the Prophet Yisrayl Hawkins.  The House of Yahweh

compound is located outside Abilene, Texas, and is devoted to following the teachings of Yisrayl

Hawkins as a modern day prophet.  Members live in a close community and members often change

their last names to "Hawkins" to reflect their relationship with their Prophet, Yisrayl Hawkins.

10.     GuideOne Lloyds Insurance Company insured House of Yahweh under a series of

successive Commercial General Liability ("CGL") insurance policies, covering the time period in

question.  In general, the policies cover *accidents* causing Bodily Injury or Property Damage up to

$1 million dollars.

11.     Stacey Edgar was a member of the House of Yahweh.  Stacey Edgar, as Next Friend

for A.H., a Minor, brought suit on April 5, 2010, against Defendants Yisrayl Hawkins, Individually

and d/b/a House of Yahweh; Party Doing Business As House of Yahweh; and Yedidiyah

Kohanimyah Hawkins a/k/a Christopher Jandrisevits, the Yahweh Defendants.  The lawsuit (the

"Underlying Suit") is brought as Cause No. 19,487 in the 42nd Judicial District Court of Callahan

County, Texas.  A true and correct copy of the Original Petition in such cause is attached hereto as

Exhibit A.

      12.     According to the suit, Stacy Edger was a member of the church and community of

House of Yahweh.  Allegedly, the Yahweh Defendants began sexually abusing the minor child

(A.H.) when she was approximately 6 years of age and said inappropriate behavior continued until

she was 14 years of age.  The inappropriate behavior allegedly took place in the homes of Stacy

Edgar and Rachel "Hawkins."  Both properties are allegedly located within the compound of the

House of Yahweh, where its believers collectively reside.

      13.     The damages sought by Stacey Edgar against House of Yahweh, and the costs of

defending the Yahweh Defendants, greatly exceed the sum of $75,000, exclusive of interest and

costs.  GuideOne has begun a defense of the Yahweh Defendants with a reservation of rights to deny

coverage, and/or seek this judicial declaration regarding the lack of coverage.  A true and correct

copy of such reservation is attached hereto as Exhibit B.

### CLAIM FOR DECLARATORY RELIEF

      14.     A dispute has arisen between GuideOne on the one hand, and the Yahweh Defendants

on the other, with respect to whether the claims in the Underlying Suit come within the coverages

of the CGL Policies issued by GuideOne.  GuideOne asserts that the sexual abuse alleged in the

Underlying Suit is not an accident nor a Personal Injury, as those terms are defined within the policy.

Furthermore, acts of sexual abuse were not carried out in the course of performing duties for the

insured church and, therefore, the actors were not "insureds" as that term is defined within the policy. Also, certain exclusions would apply, including the Expected or Intended Injury Exclusion, and the Exclusion for Personal Injury arising out of willful violations of Penal Statutes.  Finally, coverage is barred under the Fortuity Doctrine and public policy of the State of Texas.

15.     Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. 2201 *et seq.*, GuideOne Insurance Company hereby requests that this Court declare the rights and obligations of GuideOne Insurance Company and Yahweh Defendants with respect to such coverage.  Specifically, GuideOne seeks the declaration that it owes no duty to defend or indemnify the Yahweh Defendants from the claims in the Underlying Suit.

## CONDITIONS PRECEDENT

16.     All conditions precedent to GuideOne securing such declaratory relief have been performed or have occurred.

## PRAYER FOR RELIEF

GuideOne Insurance Company hereby prays that this Court declare the rights and liabilities of the parties to this case, and specifically prays that this Court declare that GuideOne owes no duty to defend or indemnify the Yahweh Defendants from the above-described claims in the Underlying Suit, and for such other and further relief to which GuideOne shows itself justly entitled.

Respectfully submitted

**PRUESSNER & ALEXANDER**


*/s/ David M. Pruessner*
**DAVID M. PRUESSNER**
State Bar No. 16364500
**JES ALEXANDER**
State Bar No. 24040404
Three Galleria Tower
13155 Noel Road, Suite 1025
Dallas, Texas 75240
(972) 991-6700
(972) 991-6710 [FAX]
david@prulaw.com
jes@prulaw.com

**ATTORNEYS FOR PLAINTIFF
GUIDEONE INSURANCE COMPANY**

5460:COMPLAINT

Case 4:11-cv-00010-Y   Document 13-5   Filed 06/10/11   Page 12 of 28   PageID 215
Case 4:11-cv-00010-Y   Document 4   Filed 02/03/11   Page 1 of 2   PageID 29
Case 4:11-cv-00010-Y   Document 3   Filed 01/05/11   Page 1 of 6   PageID 23

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| GuideOne Insurance Company | ) |
| | ) |
| V. | ) Civil Action No. 4:11-cv-00010-Y |
| | ) |
| House of Yahweh, et al | ) |
| | ) |

**Summons in a Civil Action**

**TO:** *(Defendant's name and address)*
Yedidiyah Kohanimyah Hawkins

*also known as* Christopher   Jandrisevits

A lawsuit has been filed against you.  Within 21 days after service of this summons on you
(not counting the day you received it), you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> David Pruessner
> Three Galleria Tower
> 13155 Noel Rd Suite 1025
> Dallas , TX 75240

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.





CLERK

01/05/2011
DATE

**EXHIBIT**
**D**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United
States allowed 60 days by Rule 12(a)(3).)*

143

Case 4:11-cv-00010-Y   Document 13-5   Filed 06/10/11   Page 13 of 28   PageID 216
Case 4:11-cv-00010-Y   Document 4   Filed 02/03/11   Page 2 of 2   PageID 30
Case 4:11-cv-00010-Y   Document 3   Filed 01/05/11   Page 2 of 6   PageID 24

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *Yediyak Kahaninya Hawkins AKA Christopher JANdrievits*
by:

(1) personally delivering a copy of each to the individual at this place, *T.D.C.J. Dalhart*
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____

    _____

    _____

    _____

My fees are $ *75-*     for travel and $ _____     for services, for a total of $ *75.*

Date: *1-28-11*
      *9:00 Am*

_____
Server's signature

*Tim Bell   Chief Deputy*
Printed name and title

*701 Texas Blvd   Dalhart Tx 79022*
Server's address

144

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

GuideOne Insurance Company )

V.                                              )     Civil Action No. 4:11-cv-00010-Y
                                                )
House of Yahweh, et al                  )

## Summons in a Civil Action

**TO:** *(Defendant's name and address)*
Yisrayl Hawkins

*also known as* Buffalo Bill   Hawkins
*also known as* William   Hawkins
*doing business as*  House of Yahweh

A lawsuit has been filed against you.   Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Pruessner
Three Galleria Tower
13155 Noel Rd Suite 1025
Dallas , TX 75240

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK

01/05/2011
DATE

**EXHIBIT**

**E**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

145

AO 440 (Rev. 04/08) Civil Summons (Page 2)

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 02-07-2011
by:

(1) personally delivering a copy of each to the individual at this place, _House of VAUGH_
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ SIALA   HAWKINS _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____
_____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

_Ed CW uncan, Constable_
Server's signature

_ED C DUNCAN   CONSTABLE_
Printed name and title

_432 MARKET ST_
Server's address
_BAIRD, TEXAS 79504_

**146**

Case 4:11-cv-00010-Y    Document 13-5    Filed 06/10/11    Page 16 of 28    PageID 219
Case 4:11-cv-00010-Y    Document 6    Filed 02/16/11    Page 1 of 2    PageID 33
Case 4:11-cv-00010-Y    Document 3    Filed 01/05/11    Page 5 of 6    PageID 27

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

GuideOne Insurance Company )
)
V. )    Civil Action No. 4:11-cv-00010-Y
)
House of Yahweh, et al )
)

### Summons in a Civil Action

**TO:** *(Defendant's name and address)*
House of Yahweh

A lawsuit has been filed against you.   Within 21 days after service of this summons on you
(not counting the day you received it), you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  David Pruessner
  Three Galleria Tower
  13155 Noel Rd Suite 1025
  Dallas , TX 75240

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



CLERK

01/05/2011
DATE



EXHIBIT
F

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United
States allowed 60 days by Rule 12(a)(3).)*

147

Case 4:11-cv-00010-Y   Document 13-5   Filed 06/10/11   Page 17 of 28   PageID 220
Case 4:11-cv-00010-Y   Document 6   Filed 02/16/11   Page 2 of 2   PageID 34
Case 4:11-cv-00010-Y   Document 3   Filed 01/05/11   Page 6 of 6   PageID 28

AO 440 (Rev. 04/08) Civil Summons (Page 2)

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *2-07-2011*
by:

(1) personally delivering a copy of each to the individual at this place,  *House of Yahweh*
*T & P LANE   ABILENE   TEXAS*
; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
*SHALA   HAWKINS*
; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (*specify*) _____

_____

_____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: _____

*Ed C Duncan   Constable*
Server's signature

*ED C DUNCAN, CONSTABLE*
Printed name and title

*432 MARKET ST. BAIRD, TX.*
Server's address   *79504*

148

# PRUESSNER & ALEXANDER

Three Galleria Tower
13155 Noel Road, Suite 1025
Dallas, Texas 75240
(972) 991-6710 [Fax]
(972) 991-6700
david@prulaw.com

*David M. Pruessner*
*Board Certified, Civil Appellate Law*
*Texas Board of Legal Specialization*

May 4, 2011

Harrison H. Yoss – *VIA CM # 7009 2250 0003 9634 3955 RRR*
Thompson Coe
700 North Pearl Street
Plaza of the Americas, 25th Floor
Dallas, Texas 75201

House of Yahweh – *VIA CM # 7009 2250 0003 9634 3962 RRR & Regular Mail*
1025 T & P Lane
Abilene, Texas 79602

Yisrayl Hawkins – *VIA CM # 7009 2250 0003 9634 3979 RRR & Regular Mail*
817 Formosa Street, Lot 18
Abilene, Texas 79602

Yedidiyah Kohanimyah Hawkins – *VIA CM # 7009 2250 0003 9634 3986 RRR & Regular Mail*
a/k/a Christopher Jandrisevits
Dalhart Unit - SID #08076379 and TDJD #01544261
11950 FM 998
Dalhart, Texas 79022

      Re:    Civil Action No. 4:11-cv-00009
            *GuideOne Insurance Company v. House of Yahweh, Yisrayl Hawkins a/k/a Buffalo*
            *Bill Hawkins, Individually and d/b/a House of Yahweh, and Yedidiyah Kohanimyah*
            *Hawkins a/k/a Christopher Jandrisevits*
            In The United States District Court For The Northern District of Texas,
            Fort Worth Division

Gentlemen:

      I am writing this letter to inform you that we will be taking a default judgment against you and/or your clients for failure to file an Answer. On two separate occasions, we agreed to Mr. Yoss' request for an extension to file an Answer for Defendants. However, over six weeks has gone by and no Answer has been filed for Defendants.



**EXHIBIT**
G

149

Harrison H. Yoss, House of Yahweh, Yisrayl Hawkins
and Yedidiyah Kohanimyah Hawkins a/k/a Christopher Jandrisevits
May 4, 2011
Page 2

Very truly yours,

Jes Alexander

JA\bgp\5460\Harrison Yoss & All Defendants Re Default Judgment 5-4-11

150

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X RECEIVED
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 06 2011

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Harrison H. Yoss
Thompson Coe
700 North Pearl Street
Plaza of the Americas, 25th fl.
Dallas, TX 75201

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7009 2250 0003 9634 3955

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ymmnwright
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Visraw Wright

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

House of Yahweh
c/o Yisrayl Hawkins
1025 T+P Lane
Abilene, TX 79601

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7009 2250 0003 9634 3962

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Sidney Appleby
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Sidney Appleby    5-9-2011

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
II

1. Article Addressed to:

Yedidiyah Kohaniniyah Hawkins
aka Christopha Jandrisevits
Dalhart Unit-SID #08076379
+ TDCJ #01544261
11950 FM 998
Dalhart, TX 79022

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7009 2250 0003 9634 3986

PS Form 3811, February 2004    Domestic Return Receipt

151



Printer-friendly story
Read more at reporternews.com

# Jury finds Hawkins guilty in child sexual assault trial

## House of Yahweh member faces life in prison

Reporter-News Staff Report

Tuesday, October 28, 2008

A 42nd District Court jury returned a guilty verdict against Yedidiyah Hawkins on a charge of aggravated sexual assault of a child Monday.

The sentence, to be set by Judge John Weeks, is expected within 45 days. The charge, a first-degree felony, can range from five years to life in prison.

The jury deliberated 2½ hours before returning a verdict. Hawkins, a leader of the House of Yahweh compound in Callahan County, showed little reaction to the verdict.

The courtroom, which seats 48, contained approximately 75 spectators much of the day, including when the verdict was announced. Many were representatives of Bikers Against Child Abuse, a support group for sexually abused children and their families.

The girl, 11 at the time of the assault, testified Friday that her stepfather, Hawkins, 40, used a vaginal speculum -- a medical instrument used by gynecologists -- to perform an examination on her. Though the victim was identified in court proceedings, it is the policy of the Reporter-News not to name victims of sexual assault.

The assault occurred in the home of Rachel Hawkins, who at the time was a member of the House of Yahweh. Rachel Hawkins had gone shopping in Dallas for the weekend, the girl said.

Prosecutor Shane Deel said during his opening statement that Yedidiyah Hawkins knew that the home of Rachel Hawkins, who has since left the sect, would be empty for the weekend.

Several defense witnesses testified that the girl who brought the accusations previously had admitted to them that the allegations were untrue.

Rebekah Hawkins, 16, Batashua Hawkins, 15, and Erica Hawkins, 16, all associated with the House of Yahweh, testified Monday morning in the trial at the Taylor County Courthouse.



EXHIBIT

**H**

152

Rebekah Hawkins said she had heard the accuser speak of abuse for at least five years. However, when Rebekah challenged her, she "almost always said it wasn't true," Rebekah Hawkins testified.

Batashua Hawkins said the girl told her Yedidiyah Hawkins was "putting things inside me." Batashua further testified that the girl didn't mention it again and that it didn't seem to bother her. The girl had said she hated her dad (Yedidiyah Hawkins) because he wouldn't let her do things. When asked if the girl could be called rebellious, Batashua chuckled and said, "Yes."

Erica Hawkins said she and the accuser were "really close" until about a year ago. She then presented an emotional plea of Yedidiyah Hawkins' innocence.

"She (the accuser) told me she was lying," she said. "He's innocent, and he's spent a year in jail."

All three mentioned spending time in a pink trailer or building at the Yahweh complex near Clyde. Attorneys painted a picture of the trailer being used as a punishment for running away or other offenses. Erica remembered spending a night there, but not as punishment.

"It was like a slumber party; we weren't being punished," she said.

 © 2010 Scripps Newspaper Group — Online

153



Printer-friendly story
Read more at reporternews.com

# New trial denied for Yahweh elder Yedidiyah Hawkins

## Man convicted in October in the sexual abuse of stepdaughter, 11

By Daralyn Schoenewald

Thursday, February 19, 2009

A 42nd District Court judge on Wednesday denied a motion to grant a House of Yahweh elder convicted of sexually abusing his stepdaughter a new trial, according to prosecutor Shane Deel.

A new attorney for Yedidiyah Hawkins, in the motion for a new trial, claimed ineffective counsel by Dallas-based attorneys John Read and C. Tony Wright.

Hawkins, 41, was convicted in October of sexually assaulting his then 11-year-old stepdaughter by performing a vaginal examination. He told the girl that he wanted to check her for cervical cancer, though he has no medical training.

Witnesses testified during the trial that Hawkins was worried the girl was no longer a virgin. He was sentenced in December to 30 years in prison.

During a sentencing hearing in December, Read mispronounced Hawkins' first name more than 30 times, according to Reporter-News files. He was pronouncing it "Yed-uh-DYE-uh," which he said was "close enough" to the correct pronunciation of "Yeh-did-ee-uh."

Parker also claimed in the motion that Hawkins had been intimidated by trial spectators, specifically by members of the Bikers Against Child Abuse group, Deel said.

It's rare that a judge will grant a motion for a new trial, according to Deel.

"They are very seldom successful," he said.

Hawkins still faces several other charges, including aggravated perjury, indecency with a child, engaging in organized criminal activity and bigamy. The cases will remain pending until Hawkins has exhausted all appeals on this case.



EXHIBIT I

154

 © 2010 Scripps Newspaper Group — Online

A CONVERSATION ABOUT THE BEST AND WORST LEGISLATORS



JUNE 16 **BURKA & BLAKESLEE**
TEXAS MONTHLY POLITICAL WRITERS



part of TXL THE TEXAS TRIBUNE EVENTS SERIES
CLICK FOR DETAILS & TO RSVP

Register | Login

# ★ THE TEXAS TRIBUNE

CONTRIBUTE ★ TODAY ★

TEXAS PRISON INMATES   DALHART UNIT

**INMATES**   🔍 ▸

## Yedidiyah Hawkins

The Tribune thanks our Supporting Sponsors

| | |
|---|---|
| **TDCJ ID** | 01544261 |
| **Unit** | Dalhart |
| **DOB** | 6/8/1967 |
| **Age** | 44 |
| **Home County** | Callahan |
| **Sex** | Male |
| **Race** | White |
| **Height** | 5 ft 9 in |
| **Weight** | 202 lbs |
| **Hair Color** | Brown |
| **Eye Color** | Hazel |



| Crime* | Raw Description* | Committed On | County | Term | Sentence Began |
|---|---|---|---|---|---|
| AGG SEXUAL ASSAULT | AGG SEX ASLT | 2/5/2005 | Callahan | 30 years | 10/17/2007 |

* The "Raw Description" field is the description that TDCJ has for each offense, which can vary between convictions for the same crime. The "Crime" field is the label we've used to try group together these varying descriptions based on the data we were given. It's not perfect, and some of them can be hard to understand.



**EXHIBIT**

tabbies

**J**

Source: Texas Department of Criminal Justice | Developed by Matt Stiles and Niran Babalola | Feedback

Note: Data released under the Texas Public Information Act on May 9, 2011.

**156**

WE THANK
OUR SPONSORS



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **GUIDEONE LLOYDS INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| **VS.** | § § § | **CIVIL ACTION NO.** |
| | § | **4:11-cv-00010-Y** |
| **HOUSE OF YAHWEH, YISRAYL HAWKINS a/k/a BUFFALO BILL HAWKINS, Individually and d/b/a HOUSE OF YAHWEH, and YEDIDIYAH KOHANIMYAH HAWKINS a/k/a CHRISTOPHER JANDRISEVITS,** | § § § § § § § | |
| **Defendants.** | § | |

## AFFIDAVIT OF BENJAMIN E. MOTAL

BEFORE ME, the undersigned Notary Public, personally appeared BENJAMIN E. MOTAL who, being duly sworn upon his oath, testified as follows:

1.      My name is Benjamin E. Motal. I have not been convicted of a felony. I am an attorney licensed in the State of Texas. I am an associate to David Pruessner and Jes Alexander. My office is located at 13155 Noel Road, Suite 1025, Dallas, Texas 75240, and the following statements are based upon my personal knowledge and are true and correct.

2.      Attached to this Affidavit are true and correct copies of documents referred to in GuideOne's Motion For Default Judgment. Specifically, such documents are:

      A.      GuideOne Insurance Policies;

      B.      Underlying Petition;

      C.      Plaintiff's Complaint For Declaratory Judgment;

**AFFIDAVIT OF BENJAMIN E. MOTAL - Page 1**



**EXHIBIT**

**K**

157

D.      Summons showing service on Yedidiyah Hawkins;

E.      Summons showing service on Yisrayl Hawkins;

F.      Summons showing service on House of Yahweh;

G.      Letter notifying Defendants of GuideOne's intent to take default;

H.      News article discussing Defendant Yedidiyah Hawkins' conviction for sexual assault of a minor;

I.      News article discussing Defendant Yedidiyah Hawkins' sentence of 30 years in prison for sexual assault of a minor and denial of his motion for new trial;

J.      A print-out from a search engine of the Texas Department of Criminal Justice showing that Yedidiyah Hawkins is an inmate at T.D.C.J. Dalhart.

K.      Affidavit of Benjamin E. Motal.

3.      Pursuant to 50 U.S.C. Appx. § 521, I have made an investigation to ascertain if Defendants Yedidiyah Kohanimyah Hawkins or Yisrayl Hawkins are currently in the Military Service of the United States.  The results of my investigation are as follows:

A.      Yedidiyah Hawkins is a 44 year old male who is currently serving his fourth year of a 30 year prison sentence at T.D.C.J. Dalhart, where he was serve with process in this action.  (See Ex. J.)  His imprisonment precludes him from actively serving in the military.

B.      Yisrayl Hawkins is a 75-77 year old male who leads a church group known as House of Yahweh based in Abilene, Texas.  His age precludes him from actively serving in the military.

**AFFIDAVIT OF BENJAMIN E. MOTAL** - Page 2

4.      From the facts set forth above, I am convinced that Defendants are not in the military service of the United States as defined in the Service Members' Civil Relief Act of 1940, 50 U.S.C. Appx. § 521.

FURTHER AFFIANT SAYETH NOT.

_Binjamin E. Motal_

**BENJAMIN E. MOTAL**

SUBSCRIBED AND SWORN TO BEFORE ME  the undersigned notary public, on this the 10ᵗʰ day of _June_ , 2011.

_Bonnie G. Peck_

Notary Public In And For
The State Of Texas

My Commission Expires:
_3-25-13_



Bonnie G. Peck
Notary Public, State of Texas
My Commission Expires:
March 25, 2013