IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

GUIDEONE INSURANCE COMPANY §
  §
VS. § CIVIL ACTION NO. 4:11-CV-010-Y
  §
HOUSE OF YAHWEH, et al. §

## FINAL JUDGMENT

Pursuant to the Court's order entered this same day, the Court enters this declaratory judgment that plaintiff GuideOne Insurance Company owes no duty to defend or indemnify defendants House of Yahweh, Yisrayl Hawkins, or Yedidiyah Hawkins with respect to the underlying lawsuit styled *Edgar ex rel. A.H. v. Hawkins*, cause number 19487, in the 42nd Judicial District Court, Callahan County, Texas.  Each party shall bear its own costs.

SIGNED December 7, 2011.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc